IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01388-BNB

CHRISTINA CALABRESE,

Plaintiff,

v.

REVENUE ENTERPRISES, LLC,

Defendant.

---

# ORDER
---

This matter is before me on the **Stipulated Motion to Dismiss With Prejudice** [Doc. # 9, filed June 26, 2014] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated June 26, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge